# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-26
Lower Tribunal Nos. F96-16564, F96-16866, F96-16944,
F96-16945A, F96-17415

_____

**Terrell Boyd,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Terrell Boyd, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure

9.315(a) ("After service of the initial brief…, the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").

Affirmed.